Exhibit B - Invoice for Deposition



# ALLIANCE
COURT REPORTING, INC.

*Video Conferencing and Videography Center*

183 East Main Street • Suite 1500 • Rochester, NY 14604 • 585.546.4920 • 800.724.0836 • fax: 877.546.6429 • alliance@alliancecourtreporting.net

Rahman Legal
155 Water Street
Brooklyn, NY  11201
Attention:  Hashim Rahman, Esq.

# Invoice

| Date | Control No. | Terms | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 10/16/2013 | 102884 | **Due Upon Delivery** | TF | 10/16/2013 | email | 20-4893718 | 949607 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 10/16/2013 | Fernandez v. Peter J. Craig & Associates<br>Statement<br>Original and One - Minimum charge<br>Same day expedite<br>Exhibits printed<br>Copy sent to Peter Craig, Esq. | <br><br><br>9<br>44 | <br><br>150.00<br>2.80<br>0.35 | <br><br>150.00<br>25.20<br>15.40 |

GO GREEN INVOICE

**A law firm who has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person. Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.**

| | |
|---|---|
| **Total** | $190.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $190.60 |

-----------------------------------------------------------------------------------------------------------------

*Please detach and send with payment*

EIN No.  20-4893718

| Invoice # | 949607 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $190.60 |

Please make checks payable to:
**Alliance Court Reporting, Inc.
183 East Main Street, Suite 1500
Rochester NY  14604**

We accept check, money order, VISA and MasterCard.  Thank you.

   www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Video Conferencing/Video Streaming • 24/7 Scheduling
Complimentary conference rooms • Client Suites for confidential meetings • Wireless Internet • Copying, faxing and mail service • Prompt efficient service • Cutting-edge technology